UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
JOHN C. STANTON,

      Plaintiff,

  v.                                          Civil Action.
                                                  No. 06-10566-NG

LIGHTHOUSE FINANCIAL SERVICES,
INC, and THOMAS S. DRUNSIC,

      Defendants.
-------------------------------------------------------x

AFFIDAVIT OF JONATHAN J. MARGOLIS
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT

Jonathan J. Margolis, on oath, deposes and states as follows:

1. I am an attorney licensed to practice before this court. I am counsel to John C. Stanton, the plaintiff in this action.

2. Attached to this affidavit are a number of exhibits cited in the accompany motion papers, consisting of pleadings, extracts from depositions, deposition exhibits and documents produced by the defendants in the course of discovery. In each instance, the exhibit represents a true and accurate copy of the document in question.

3. The exhibits attached to this affidavit consist of:

<u>Exhibit A</u>: The complaint and answer in this action.

Exhibit B: Extracts from the deposition of Thomas S. Drunsic.

Exhibit C: Articles of Incorporation of Lighthouse Financial Services, Inc.

Exhibit D: Extracts from the deposition of Steven R. Monticone.

Exhibit E: Extracts from the deposition of John C. Stanton.

Exhibit F: List of shareholders of record of Lighthouse Financial Services, Inc., to June 23, 2004.

Exhibit G: Employment contract between Lighthouse Financial Services, Inc. and John C. Stanton, dated April 1, 2003.

Exhibit H: Employment contract between Lighthouse Financial Services, Inc. and Thomas S. Drunsic, dated April 1, 2003.

Exhibit I: List of Shareholders of record of Lighthouse Financial Services, Inc., to November 26, 2004.

Exhibit J: Group of emails, August 13, 2003.

Exhibit K: Email, November 28, 2003.

Exhibit L: Email, May 12, 2004.

Exhibit M: Minutes of Meetings, May 28, 2004.

Exhibit N: Letter, John Stanton to Thomas S. Drunsic and Steven R. Monticone, September 7, 2004.

Exhibit O: Annual Report of Lighthouse Financial Corporation for 2004.

Exhibit P: Complaint for Non-Payment of Wages, July 17, 2004.

Exhibit Q: Letter, Attorney General of Massachusetts to Lighthouse Financial Services, Inc. and Thomas S. Drunsic, October 7, 2004.

Exhibit R: Financial schedules filed in the bankruptcy proceeding of Lighthouse Financial Services, Inc., U.S. Bankruptcy Court, D. Mass., Docket No. 05-40087.

Exhibit S: Schedule F attached to Petition, *In re Lighthouse Financial Services, Inc.*, U.S. Bankruptcy Court, D. Mass., Docket No. 05-40087.

Exhibit T: Signature page to schedules filed in *In re Lighthouse Financial Services, Inc.*, U.S. Bankruptcy Court, D. Mass., Docket No. 05-40087.

The foregoing statements are true of my own knowledge, except where stated to be made on information and belief.

Signed under the pains and penalties of perjury this 30th day of January 2008.

*Jonathan J. Margolis*
Jonathan J. Margolis

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s), filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 30th day of January 2008.

*Jonathan J. Margolis*
Jonathan J. Margolis