UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
JOHN C. STANTON,

       Plaintiff,

v.                                      Civil Action.
                                       No. 06-10566-NG

LIGHTHOUSE FINANCIAL SERVICES,
INC, and THOMAS S. DRUNSIC,

       Defendants.
-------------------------------------------------------x

PLAINTIFF'S OPPOSTION TO DEFENDANTS'
MOTION FOR RECONSIDERATION OF THEIR
CROSS-MOTION FOR SUMMARY JUDGMENT

The plaintiff hereby opposes the Defendants' Motion for Reconsideration of their Cross-Motion for Summary Judgment. The grounds for this opposition are stated in the accompanying Memorandum of Law, filed herewith.

August 7, 2008

                                         Respectfully submitted,

                                         John C. Stanton,
                                         Plaintiff
                                         by his attorneys,

                                         *Jonathan J. Margolis*
                                         Jonathan J. Margolis
                                         BBO # 319980
                                         Lori A. Jodoin
                                         BBO # 655840
                                         Rodgers Powers & Schwartz LLP

18 Tremont Street
Boston, MA 02108
(617) 742-7010

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s), filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 7th day of August 2008.

*Jonathan J. Margolis*
Jonathan J. Margolis