# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN C. STANTON,
     Plaintiff

v.

LIGHTHOUSE FINANCIAL SERVICES,
INC. and THOMAS S. DRUNSIC,
     Defendants

Case No.  06-10566-NG

## AGREEMENT FOR JUDGMENT

NOW COME the Plaintiff, John C. Stanton ("Stanton"), and the Defendants, Lighthouse Financial Services, Inc., and Thomas S. Drunsic (collectively, the "Defendants"), by their respective counsel, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, and hereby enter into this Agreement for Judgment as to the above-entitled action.

The terms of this Agreement for Judgment are derived from a document entitled "Mutual Release and Settlement Agreement" (the "Release Agreement"), executed by and between the parties on November 9, 2009.  The Release Agreement is subject to certain confidentiality provisions, and is incorporated herein, but in pertinent part is summarized and made part of the record as follows:

1.     Judgment shall be entered against the Defendants in the total amount of $216,000.00 (the "Judgment amount").

2.     Execution shall issue forthwith for the Judgment amount, but will be held in escrow by Stanton's counsel, Jonathan J. Margolis, Esq., upon the

terms outlined in the Release Agreement.

3. The parties waive their respective rights of appeal, and waive any and all costs and fees, unless specifically provided for in the Release Agreement.

Respectfully Submitted

Lighthouse Financial Services Inc.
and Thomas S. Drunsic
By their attorney,

Dated: January 5, 2010

/s/ Michael B. Feinman
Michael B. Feinman
BBO#545935
Feinman Law Offices
23 Main Street
Andover, MA 01810
Tel: 978-475-0080
Email:mbf@feinmanlaw.com

John C. Stanton
By its attorney,

/s/Jonathan J. Margolis
BBO#047150
Rodgers, Powers & Schwartz, LLP,

18 Tremont Street
Boston, MA 02108
Tel: 617-742-7010

Email:jamrgolis@Theemploymen
tlawyers.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through ECF will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this the 5th day of January, 2010.

/s/ Michael B. Feinman
Michael B. Feinman