UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
JOHN C. STANTON,

        Plaintiff,

    v.                                    Civil Action.
                                                  No. 06-10566-NG

LIGHTHOUSE FINANCIAL SERVICES,
INC, and THOMAS S. DRUNSIC,

        Defendants.
---------------------------------------------------------x

NOTICE OF JUDGMENT SATISFIED

John C. Stanton, the plaintiff in the above-entitled action, hereby gives notice that the judgment obtained by him and entered on the court's docket on July 9, 2009, has been satisfied.

January 2, 2013

Respectfully submitted,

John C. Stanton,
Plaintiff
by his attorneys,

*Jonathan J. Margolis*
Jonathan J. Margolis
BBO #319980
jmargolis@theemploymentlawyers.com
Lori A. Jodoin
BBO #655840
lori@theemploymentlawyers.com
Rodgers Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108

(617) 742-7010

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document(s), filed through the ECF system will be served electronically upon all registered participants as identified in the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered parties this 2nd day of January 2013.

_____

Jonathan J. Margolis